```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

MONTEGO MCCLURE                                          PLAINTIFF


v.                      Case No. 12-6113


ANDREA L. DAVIS, Attorney,
Hot Springs, Arkansas; and
JUDGE ROBERT MCALLUM, Ninth
Judicial District                                       DEFENDANTS

## ORDER

Now on this 8th day of July 2013, there comes on for consideration the report and recommendation filed herein on April 3, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 5). Also before the Court are Plaintiff's objections. (Doc. 7).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: Plaintiff's objection to the portion of the report and recommendation recommending dismissal for his action being barred by the statute of limitations is sustained. Plaintiff timely filed his action within the three year statute of limitations. The report and recommendation is adopted as to the recommendation that Plaintiff's action be dismissed as Andrea Davis, acting as a public defender, is not subject to suit, and Judge Mcallum is immune from suit.

Plaintiff contends he also sued both defendants in their individual capacities. The Court has reviewed Plaintiff's

**AO72A**
**(Rev. 8/82)**

Complaint and presumes Plaintiff only sued defendants in their official capacities, because the complaint does not specifically name then in their individual capacities. *Zajrael v. Harmon*, 677 F.3d 353 (8th Cir. 2012)(citations omitted). Accordingly, Plaintiff's Motion to Proceed IFP (doc. 1) is DENIED, and Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous, fail to state claims, and seek relief against defendants who are immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The dismissal of this case will constitute a strike under 28 U.S.C. § 1915(g). The U.S. District Clerk is directed to place a § 1915(g) strike flag on this case.

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge